# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| **RICHARD TABLER,** *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 9:20-cv-00049 |
| **LORIE DAVIS,** *Defendants.* | § § § | |

## DEFENDANT LORIE DAVIS'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S REPSONSE TO DEFENDANT'S MOTION TO DISMISS

Defendant Lorie Davis, Director of the Texas Department of Criminal Justice—Correctional Institutions Division (TDCJ-CID), as sued in her official capacity, filed this motion to dismiss pursuant to 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure on May 27, 2020. ECF No. 9. Plaintiff filed an unopposed motion for extension of time to file a response on June 8, 2020, which was granted. ECF No. 10. Plaintiff filed his response in opposition on June 24, 2020. ECF No. 11.

### Motion for an Extension of Time to Reply to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss.

Defendant seeks a brief, two-week extension to July 15, 2020, to file her reply to Plaintiff's response in opposition to Defendant's Motion to Dismiss. Undersigned counsel has been under several large deadlines and has been out of state where there is not reliable internet service since June 26, 2020. Undersigned counsel will return July 6, 2020, and has a mediation scheduled for July 10, 2020. This extension will not create a significant impact on judicial proceedings, and this request is not for dilatory purposes; rather, it is in good faith to ensure judicial efficiency.

## Conclusion

Defendant Davis prays this Court grant her motion for extension of time, making the reply due July 15, 2020.

                Respectfully submitted.

                KEN PAXTON
                Attorney General of Texas

                JEFFREY C. MATEER
                First Assistant Attorney General

                RYAN L. BANGERT
                Deputy First Assistant Attorney General

                DARREN L. MCCARTY
                Deputy Attorney General for Civil Litigation

                SHANNA E. MOLINARE
                Chief, Law Enforcement Defense Division

                /s/ Briana M. Webb
                BRIANA M. WEBB
                Assistant Attorney General
                Texas State Bar No. 24077883
                Briana.webb@oag.texas.gov

                Law Enforcement Defense Division
                Office of the Attorney General
                P. O. Box 12548, Capitol Station
                Austin, Texas  78711
                (512) 463-2080 / Fax No. (512) 370-9814

                **Attorneys for Defendant Davis**

**Certificate of Conference**

I, Briana M. Webb, Assistant Attorney General of Texas, do hereby certify that I contacted Plaintiff's counsel, David Lane, Reid Allison and Richard Burr via email on July 1, 2020. I also called David Lane's office line and left a voicemail. They are unopposed to this motion.

/s/ Briana M. Webb
BRIANA M. WEBB
Assistant Attorney General

**Certificate of Service**

I, Briana M. Webb, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing has been served via ECF/PACER to all counsel of record on July 1, 2020.

/s/ Briana M. Webb
BRIANA M. WEBB
Assistant Attorney General