IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| RICHARD TABLER | § | |
| VS. | § | CIVIL ACTION NO. 9:20-cv-49 |
| BOBBY LUMPKIN | § | |

### REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Richard Tabler, through counsel, filed the above-styled lawsuit against Bobby Lumpkin. This matter was referred to the undersigned United States magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

### Discussion

The parties have filed a Stipulation of Dismissal (doc. #26) asking that the case be dismissed with prejudice, with each party bearing their own costs and attorney's fees. In light of the filing, this matter should be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

### Recommendation

This lawsuit should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

### Objections

Within 14 days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within 14 days after service shall bar an aggrieved party from *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by

the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1429 (5th Cir. 1996) *(en banc)*; 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

**SIGNED this the 4th day of April, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE