| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

RICHARD TABLER, §
§
    Plaintiff, §
§
versus                        §     CIVIL ACTION NO. 9:20-CV-49
§
BOBBY LUMPKIN, §
§
    Defendant. §

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Richard Tabler, through counsel, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). To date, the parties have not filed objections.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

    Accordingly, the Report and Recommendation of United States Magistrate Judge (#20) is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit.

    SIGNED at Beaumont, Texas, this 4th day of May, 2023.

                                            _____
                                            MARCIA A. CRONE
                                     UNITED STATES DISTRICT JUDGE